## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARTMANN HAY COMPANY, LLC, | ) | CASE NO. 8:16CV123 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILBUR-ELLIS COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | _____ |
| | ) | |
| WILBUR-ELLIS COMPANY, | ) | CASE NO. 8:16CV125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REASSIGNMENT |
| | ) | ORDER |
| KENT HARTMANN, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 4) filed by the Plaintiff in Case No. 8:16CV125. After a review of the matter, the court finds that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii).  Accordingly, Case No. 8:16CV125, *Wilbur-Ellis Company v. Kent Hartmann,* is reassigned to the undersigned for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

IT IS SO ORDERED.

DATED this 28th day of March, 2016.

BY THE COURT:


s/Laurie Smith Camp
Chief United States District Judge