IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARTMANN HAY COMPANY, LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>WILBUR-ELLIS COMPANY,<br><br>        Defendant. | 8:16CV123<br><br>ORDER |
| WILBUR-ELLIS COMPANY, a California Corporation;<br><br>        Plaintiff,<br><br>   vs.<br><br>KENT HARTMANN, an individual;<br><br>        Defendant. | 8:16CV125<br><br>ORDER |

Upon the Suggestion of Bankruptcy filed by defendant Wilbur-Ellis Company, Filing No. 52 in 8:16cv123 and Filing No. 43 in 8:16cv125, that the plaintiff Hartmann Hay Company, LLC has filed for Chapter 12 Bankruptcy,

IT IS ORDERED:

    1.    Pursuant to NELR 76.1(a) this case is referred to the United States Bankruptcy Court for the District of Nebraska;

    2.    This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

    3.    The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated this 30th day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge