IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARTMANN HAY COMPANY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WILBUR-ELLIS COMPANY,<br><br>    Defendant. | **8:16CV123**<br><br>**ORDER** |
| WILBUR-ELLIS COMPANY, a California Corporation;<br><br>    Plaintiff,<br><br>v.<br><br>KENT HARTMANN, an individual;<br><br>    Defendant. | **8:16CV125**<br><br>**ORDER** |

This matter is before the court on the Report and Recommendation of Chief U.S. Bankruptcy Court Judge Thomas L. Salandino, Filing No. 54. The court finds that pursuant to 28 U.S.C. § 157(d) and NEGenR 1.5(b)(2) and for good cause shown that the Report and Recommendation should be adopted in its entirety.

THEREFORE, IT IS ORDERED:

1. The Report and Recommendation of Chief U.S. Bankruptcy Court Judge Thomas L. Saladino, Filing No. 54, is adopted in its entirety;

2. The statutory reference of bankruptcy under 28 U.S.C. § 157 is withdrawn.

3. The referral of this case to Bankruptcy Court for the District of Nebraska is withdrawn. All proceedings in this matter are stayed until such time as the plaintiff or

other appropriate party in interest obtains an order of the bankruptcy court authorizing the employment of the plaintiff's attorney to proceed with the litigation in district court.

Dated this 14th day of June, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge